UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

LENA MAE TREMBLE, )
      Plaintiff, )
       ) **JUDGMENT IN A CIVIL CASE**
  v. )
       ) **CASE NO. 2:15-CV-1-D**
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security, )
      Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court has reviewed the M&R, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 24].

In sum, plaintiffs motion for judgment on the pleadings [D.E. 20] is DENIED, defendant's motion for judgment on the pleadings [D.E. 21] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on February 8, 2016, and Copies To:**

| | |
|---|---|
| Branch W. Vincent, III | (via CM/ECF Notice of Electronic Filing) |
| Lisa M. Rayo | (via CM/ECF Notice of Electronic Filing) |

DATE:                                    JULIE RICHARDS JOHNSTON, CLERK

February 8, 2016                (By)  /s/ Nicole Briggeman
                                            Deputy Clerk